UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

    Plaintiffs,

v.

XL INSURANCE AMERICA, INC.,
formerly known as WINTERTHUR
INTERNATIONAL AMERICA
INSURANCE COMPANY,

    Defendant.
_____/

File No. 4:01-CV-157

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiffs' and Defendant's Objections to the September 26, 2005 Report and Recommendation and the October 14, 2005 Report and Recommendation (Docket Nos. 767 and 777) are **OVERRULED** and each Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that, within seven (7) days of the entry of this order, the parties are to notify the Court, in writing, which of the pending motions in limine remain for resolution.

Date:    July 14, 2006          /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         CHIEF UNITED STATES DISTRICT JUDGE